UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUANJA EDWARD ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ROSE,<br><br>　　　　　Defendant. | No. 2:18-cv-1216 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a properly completed in forma pauperis affidavit because he did not answer questions 3a through 3e on the form. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity to submit the appropriately completed affidavit in support of a request to proceed in forma pauperis. Plaintiff is not required to obtain the certification from the institution.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  May 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mp/cw/ande1216.3a