UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUANJA EDWARD ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ROSE, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-1216 JAM KJN P<br><br><br>ORDER |

Pending before the court is defendant's motion for an extension of time to respond to plaintiff's first and second set of requests for production of documents. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 28) is granted;

2. Defendant shall serve her response to plaintiff's first and second set of requests for production of documents on or before June 10, 2019.

Dated: May 22, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

An1216.eot

1