# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| TUANJA EDWARD ANDERSON, | No. 2: 18-cv-1216 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| C. ROSE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2019, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Clerk is directed to terminate all pending motions and close this case.

DATED: December 18, 2019

/s/ John A. Mendez_____ \_\_\_\_\_

UNITED STATES DISTRICT COURT JUDGE

1