UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUANJA EDWARD ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ROSE, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1216 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se. On October 4, 2019, plaintiff's in forma pauperis status was revoked. On December 18, 2019, this case was dismissed based on plaintiff's failure to pay the court's filing fee in full. Plaintiff seeks an order notifying the California Department of Corrections and Rehabilitation ("CDCR") that plaintiff should not be charged for the court's partial filing fees and reimbursing the $5.00 plaintiff has already paid.

　　　　Good cause appearing, plaintiff's request is granted. The order requiring the CDCR to withdraw funds toward plaintiff's filing fee is vacated, and the Financial Department is directed to refund plaintiff the sum of $5.00. See Jameson v. Rawers, 2009 WL 981390, at *2 (E.D. Cal. Apr. 9, 2009) (where prisoner's in forma pauperis status is revoked, partial filing fee should be reimbursed).

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 52) is granted;

2. The October 6, 2018 order directing the Director of the CDCR to collect funds from plaintiff's prison trust account (ECF No. 11) is vacated;

3. The Financial Department of this court is directed to refund plaintiff the sum of $5.00; and

4. The Clerk of the Court is directed to serve copies of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814, and the Financial Department of the court.

Dated: March 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ande1216.ref